United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60713
Summary Calendar
_____

JOBI KURIAN KADAVIL,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent

--------------------
Petition for Review of a Decision of the
Board of Immigration Appeals
BIA No. A95 606 098
--------------------

Before KING, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jobi Kurian Kadavil, a citizen of India, petitions for review of the decision of the Board of Immigration Appeals that affirmed the Immigration Judge's (IJ) order of removal. Kadavil contends that the IJ erred by denying his final motion for a continuance so that he could pursue a T-1 visa application because he was a victim of a severe form of human trafficking.

Our review is for abuse of discretion, see Manzano-Garcia v. Gonzales, 413 F.3d 462, 466 (5th Cir. 2005), and we find no abuse

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of discretion in Kadavil's case.  First, the IJ had previously granted Kadavil one continuance to pursue a nonimmigrant worker application and two continuances to pursue his T-1 application.  Second, the evidence indicated that the T-1 application would be denied initially.  Third, Kadavil did not present the documentation needed to support his T-1 application, <u>see</u> 8 CFR § 211(a), and the evidence in the record did not indicate when, or even whether, the T-1 application would be supplemented.  The IJ gave Kadavil ample time to pursue relief, yet Kadavil did not demonstrate that he had submitted a T-1 application that would be seriously considered.

PETITION DENIED.